# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY RITTENHOUSE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　- against -<br><br><br>TOPCO ASSOCIATES LLC,<br><br>　　　　　　　　Defendant. | 2:24-cv-08340-JS-ST<br><br><br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

Gregory Rittenhouse ("Plaintiff"), through Counsel, gives notice that this action is voluntarily dismissed *with prejudice*. Each party shall bear its own attorneys' fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:　February 10, 2025

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　Sheehan & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　/s/Spencer Sheehan
　　　　　　　　　　　　　　　　　　　　　　Spencer Sheehan
　　　　　　　　　　　spencer@spencersheehan.com
　　　　　　　　　　　　　　　　　　　　　　60 Cuttermill Rd Ste 412
　　　　　　　　　　　　　　　　　　　　　　Great Neck NY 11021
　　　　　　　　　　　　　　　　　　　　　　Tel: (516) 268-7080

```
SO ORDERED. The Clerk of Court is directed to mark this case
CLOSED.


Dated: February 10, 2025          /s/ JOANNA SEYBERT
Central Islip, New York      Hon. Joanna Seybert, U.S.D.J.
```